THE PEOPLE, ex rel. MARY G. PINKNEY, Appellant, *v.* JOHN R. LYDECKER et al., Respondents.

(Argued June 18, 1885; decided June 26, 1885.)

*John C. Shaw* for appellant.

*D. J. Dean* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed. ·

---

JOSEPH LACY, Respondent, *v.* ALFRED WILKINSON et al., Appellants.

(Argued June 18, 1885 ; decided June 26, 1885.)

*Louis Marshall* for appellants.

*Frank Hiscock* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of the COMMISSIONERS OF THE DEPARTMENT OF PUBLIC WORKS to Acquire Title to Lands.

(Argued June 18, 1885 ; decided June 26, 1885.)

*John C. Shaw* for appellants.

*D. J. Dean* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.